UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-134 |
| | ) | (Varlan / Guyton) |
| DAVID ROUSE, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter came before the Court upon a Petition for Action on Condition of Pretrial Release [Doc. 67] as to Defendant David Rouse. This Court had previously Ordered Mr. Rouse's release pending trial, subject to certain conditions as set forth in the Order Setting Conditions of Release [Doc. 37]. At the time of the Pretrial Conference on April 11, 2008, Mr. Rouse was present with his attorney, Wade Davies. The government was represented by Assistant United States Attorney Tracee Plowell who participated by telephone.

The government moved for Mr. Rouse's detention pending trial for the reasons set forth in the Petition. Mr. Rouse stipulated that the facts set forth in the Petition were accurate, and based thereon, the Court finds that the defendant Rouse has violated the terms of the Order Setting Conditions of Release [Doc. 37] by using morphine and marijuana. The Court further finds that this violation requires the detention of defendant Rouse.

It is therefore **ORDERED** that defendant David Rouse be detained. Defendant will be committed to the custody of the Attorney General or his designated representative for confinement in a correction facility separate to the extent practicable from persons awaiting sentencing or serving

sentences or being held in custody pending appeal.  Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  Upon order of this Court or a Court of the United States or upon request of the attorney for the government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshals for the purpose of an appearance in connection with a Court proceeding.

The defendant Rouse shall have the right to move for a detention hearing.

**IT IS SO ORDERED.**

ENTER:

_s/ H. Bruce Guyton_
United States Magistrate Judge