UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-134 |
| | ) | (VARLAN/GUYTON) |
| DAVID ROUSE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on the government's Motion for Leave to File Documents Under Seal [Doc. 102], which was filed on October 2, 2008. The motion requests that Defendant David Rouse's plea agreement be filed under seal with the exception that the United States Attorney's Office, counsel for the defendant, and the United States Probation Office will be provided stamp-filed copies. The Court finds the motion to be well-taken and it [**Doc. 102**] is **GRANTED**. Defendant David Rouse's plea agreement will be **FILED UNDER SEAL**, except that the Clerk will provide stamp-filed copies to the United States Attorney's Office, counsel for the defendant, and the United States Probation Office.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge